IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BILLY SUDDUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-233-NJR-DGW |
| | ) | |
| MID AM BUILDING SUPPLY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for a More Definite Statement filed by Defendant, MID AM Building Supply, Inc., on April 9, 2014 (Doc. 9). For the reasons set forth below, this Motion is **DENIED**.

Defendant filed its Motion for a More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e), asserting that it could not reasonably respond to Plaintiff's Complaint without further clarity on Plaintiff's claims of injuries and lost wages. Specifically, Defendant argues that Plaintiff's claims of injuries and lost wages are so vague that it is impossible for Defendant to assess the gravity of the alleged injuries and determine whether Plaintiff has met the requirement of at least $75,000.00 in controversy under 28 U.S.C. § 1332.

The Court notes that a party filing a motion for a more definite statement is indicating that the pleading is so vague or ambiguous that the party "cannot reasonably prepare a response." FED. R. CIV. P. 12(e). Further, pursuant to Rule 12(a)(4), if a court denies a motion for a more definite statement, the responsive pleading must be served within 14 days *after* notice of the court's action. In this case, subsequent to filing its Motion for a More Definite Statement,

Defendant filed an Answer to Plaintiff's Complaint (Doc. 14). Although Defendant references its Motion for a More Definite Statement in an affirmative defense, indicating that it is still investigating whether the amount in controversy exceeds $75,000, it appears that Defendant was able to prepare a response to Plaintiff's Complaint. As such, Plaintiff's Motion for a More Definite Statement (Doc. 9) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: July 16, 2014**

                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**